**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **VASILIKI MITCHELL, Individually and on Behalf of All Other Persons Similarly Situated,** | |
| **Plaintiff,** | Case No. 1:18-CV-00879-RC |
| **v.** | |
| **CRAFTWORKS RESTAURANTS & BREWERIES, INC.[1], d/b/a GORDON BIERSCH BREWERY RESTAURANT,** | |
| **Defendant.** | |

**DECLARATION OF LORI FULMER IN SUPPORT OF DEFENDANT'S**
**REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S**
**MOTION TO COMPEL ARBITRATION AND DISMISS COMPLAINT**

I, Lori Fulmer, declare as follows:

1.     I am the Director of Human Resources for Defendant CraftWorks Restaurants & Breweries Group, Inc. ("Craftworks"). I make this declaration in support of Defendant CraftWorks Motion to Compel Arbitration and Dismiss Complaint.

2.     I have personal knowledge of the matters contained in this declaration and/or have knowledge based on my personal review of business records made at or near the time by someone with knowledge, and if called to do so, can testify competently to the same. All business records personally reviewed by me are kept in the course of regularly conducted business activity and were made as part of a regular practice of that activity.

3.     As the Director of Human Resources, parts of my job duties include onboarding new hires for Craftworks so I am knowledgeable with regard to the process. As part of the

---

[1] Plaintiff incorrectly named CraftWorks Restaurants & Breweries, Inc. as a Defendant in this matter.  The correct corporate entity is Defendant CraftWorks Restaurants & Breweries Group, Inc.

onboarding process at the commencement of employment, Craftworks provides employees with access to various documents including, but not limited to:

1. Form I-9;

2. Form W-4;

3. Items to Bring to Orientation;

4. How Do You Want To Be Paid;

5. Payroll Enrollment Authorization;

6. New Hire Attestation of Criminal History;

7. Seven Bridges Appearance Uniform Policies;

8. The Work Number Verification Information;

9. Health Insurance Marketplace;

10. Knife Handling Slicer Operation Policy;

11. Food Handler Illness Reporting Agreement;

12. Food Handler Illness Guidelines;

13. Mutual Arbitration Agreement; and

14. Foundation Payroll Deduction.

Craftworks also provides newly hired employees the Team Member Handbook and Team Member Handbook Acknowledgment and a Safety Orientation Checklist.

4. Each employee creates their own account which they access using their own personal unique password. Each employee is provided their onboarding documents through the account they create which can be accessed only with their unique password. When each document is signed by the employee, the system creates a time stamp and electronic signature.

5.      To create an account, from the Craftworks' careers website, which can be found at http:/craft.careers.net, an applicant clicks the "Apply" button next to the job posting in which they are interested. The applicant then clicks "Apply Now". The applicant will then be prompted to create an account with a unique "userID" and password. The traditional "userID" is the applicant's telephone number. The applicant determines the password at the same time the account is created. Once an account is created, the applicant can complete a job application. After the applicant applies for a position, the application will appear under "My Applications" in the applicant's account. Attached to this declaration as Exhibit "A" are true and correct screen shots which was created using a "test" applicant/new hire of the application and onboarding process.

6.      After the applicant has been hired, they log back into their account to complete the onboarding electronic paperwork. An applicant is prompted to complete the onboarding documents upon log in. After clicking "OK," the applicant sees the list of onboarding documents provided above in Paragraph 3. The applicant must open each document to acknowledge that they reviewed it. Certain documents, such as the Mutual Arbitration Agreement, must be signed by the applicant. To sign a document, the applicant clicks on a white "Digitally Sign" button. A pop-up window appears, requiring the applicant to then enter their unique password for the account. Only after an applicant enters their unique password can they click the red "Digitally Sign" button.

7.      When electronically signing a document, the applicant acknowledges understanding that the electronic signature will be treated the same as a written signature and that s/he may print and sign the form as an alternative to signing it electronically as follows:

> Under penalty of perjury, I certify that the information which I have provided is true and correct. I understand and accept that this electronic consent process shall

be treated the same as my written signature on paper. I also understand that I have
been provided with the opportunity to print these forms as an alternative or in
addition to this electronic consent process.

Once the document is electronically signed, the date and time stamp of the electronic signature
are recorded on the document.

8.      Plaintiff Vasiliki Mitchell was required to create a unique "userID" and password
when she applied for a job with Craftworks. Once hired, Plaintiff had to use her unique "userID"
and password to log into her Craftworks' account to complete the electronic onboarding
paperwork. Each of the onboarding documents, including the Arbitration Agreement, was
provided to Mitchell as their own, standalone documents. Mitchell would have had to click on
the title of the document, "Mutual Arbitration Agreement," to open, view, and sign it. With
regard to the documents which required a signature, including the Mutual Arbitration
Agreement, Plaintiff would have had to click on the white "Digitally Sign" button, enter her
unique password, and then click on the red "Digitally Sign" button to insert her electronic
signature.

9.      In the course and scope of my employment as the Director of Human Resource
for Craftworks, I have access to employee personnel records, which are kept electronically on a
secure server and require me to provide my unique password to obtain. In this capacity, I was
able to review Mitchell's personnel records kept on Craftworks' secure and private server by
using my personal unique passcode. In particular, when Mitchell completed Craftworks'
onboarding process, she electronically signed several documents on October 20, 2016 as
reflected by the stamped signature, date and time reflected on each document.  These documents
include the following:

- Payroll Enrollment Authorization Agreement at 10:00:27 a.m. on October 20, 2016  (a true and correct copy of which is attached to this declaration as Exhibit "B");

- Craftworks' Appearance Standards at 10:15:03 a.m. on October 20, 2016  (a true and correct copy of which is attached to this declaration as Exhibit "C");

- Craftworks' Food Handler Illness Reporting Agreement at 10:27:39 a.m. on October 20, 2016 (a true and correct copy of which is attached to this declaration as Exhibit "D");

- The Mutual Arbitration Agreement at 10:29:29 a.m. on October 20, 2016 (a true and correct copy of which is attached to my Declaration in Support of Craftworks' Motion to Compel at Exhibit "A");

- The Foundation Payroll Deduction Authorization at 10:32:00 a.m. on October 20, 2016 (a true and correct copy of which is attached to this declaration as Exhibit "E"); and

- Emergency Contact Information at 12:05:31 p.m. on October 20, 2016 (a true and correct copy of which is attached to this declaration as Exhibit "F").

I declare under penalty of perjury under the laws of the District of Columbia and the United States of America that the foregoing is true and correct.

Executed this 24 day of July, 2018 at 8:30, Am.

Lori Fulmer

# EXHIBIT A

From CW careers website, click Apply beside job posting:



Then click Apply Now:

**JOB DESCRIPTION**
Is this the job for you?

**COMPANY:**
CraftWorks Restaurants & Breweries Group, Inc.

**POSITION:**
Chef

**DEPARTMENT:**
Restaurant Management

**STATUS:**
Full Time

**SHIFT:**
First / Day Second / Afternoon Third / Night

**REQ #:**
2331778

**DATE POSTED:**
July 19, 2018

**LOCATION:**
7640 West Bell Road, RB Arrowhead - Location
Glendale, AZ, 85308, US

**JOB CATEGORY:**
Chef

**JOB LINK:**

Applicant will be prompted to log in or create an account (cannot continue without logging in to a unique account):



The traditional "user ID" is the applicant's phone number.  He/she determines the password at the time the account is created.  If a new account is being created, the application is completed at the same time as the account is set up by the applicant.





After the applicant applied for the position, the application will appear under "My Applications" in the applicant's account:



After the applicant has been marked Hired, they log back in to their talentReef account to complete the onboarding electronic paperwork.  They are prompted to complete the onboarding documents upon log in:



After clicking Ok, the applicant sees a list of onboarding documents.  He/she must open each document to acknowledge his/her review of the document.



Certain forms, such as the Mutual Arbitration Agreement, must be signed by the applicant.  To sign a document, the applicant clicks on white Digitally Sign button.  A pop-up window appears, requiring the applicant to then enter his/her unique password for the account and click the red Digitally Sign button:



When electronically signing the form, the applicant acknowledges understanding that his/her electronic signature will be treated the same as a written signature and that he/she may print and sign the form as an alternative to signing it electronically:



Once the document is electronically signed, the date and time stamp of the electronic signature are recorded on the document:

ederal Arbitration Act, 9 U.S.C. Sections 1-16, and the arbitrator shall have the exclusive authority t ny dispute relating to the interpretation, applicability, enforceability or formation of this agreement i ut not limited to, any claim that all or any part of this agreement is void or voidable. If any part of th greement is found to be unenforceable, the other parts shall remain fully valid and enforceable.

Test Person
_____
Employee Name

Digitally Signed By: Test Person
Date: Jul-20-2018 2:35:42 PM EDT                                07/20/2018
_____                      _____
Employee Signature                                                    Date

ARBITRAJE MUTUO ACUERDO

# EXHIBIT B



# Payroll Enrollment Authorization Agreement

CraftWorks is proud to offer **two options** for receiving your pay: **Direct Deposit or a Pay Card**. Please check the box for your selection below, and fill out all required fields in that section.



**To authorize direct deposit, please follow these instructions:**

1. Provide your name and Social Security Number in the spaces below.
2. Check the box indicating where you want your pay deposited checking or savings.
3. Complete the financial institution information for your account.
4. Electronically Sign and date the form.

Full Name: _____     SSN: _____

Contact Number: _____     Store Number: _____

☑ **Option 1 - I wish to be paid through Direct Deposit**

**Account 1** Type: ☐ Checking ☑Savings          Amount to deposit: ☑ Net Pay or ☐ Amount: _____

Account Number: ██████████          Routing Number: _____

Re-Enter Account Number: ██████████          (re-enter) Routing Number: _____

Bank Name: _____

**Account 2** Type: ☐ Checking ☐Savings          Amount to deposit:  Net Pay .

Account Number: _____          Routing Number: _____

(re-enter) Account Number: _____          (re-enter) Routing Number: _____

Bank Name: _____

☐ **Option 2 - I wish to be paid through a Pay Card**

Proxy Id: _____

**Digitally Signed By: Vasiliki Mitchell**
**Date: Oct-20-2016 10:00:27 AM EDT**

10/20/2016

_____          _____

Employee Signature                                              Date

**Digitally Signed By: GB Navy Yard**
**Date: Nov-08-2016 11:48:22 AM EST**

11/08/2016

_____          _____

Manager Signature                                            Date

EXHIBIT C

## CraftWorks Appearance Standards
### Issued 5.28.2015

Research states that GUESTS and TEAM MEMBERS care about how we look and what we wear. How we look and feel helps create the Guest experience, and Team Members presenting a professional appearance are essential to that experience. Regardless of the concept in which you work, we must strive for consistency so that our Guests may easily recognize us as Team Members. These standards assist us in maintaining the appearance required by CraftWorks and, more importantly, expected by our Guests and Team Members. There can be no deviations from these standards. You must arrive to work in full uniform, properly groomed and ready to go. Team Members who report to work improperly dressed or groomed will be instructed by their Managers to return home to change. Your appearance and uniform must remain picture perfect throughout your entire shift. This means at any point during your shift, we should be able to take a picture of you and place it into the Team Member Handbook - that's how good you need to look 100% of the time.

## Personal Hygiene

Your appearance on the job influences the first and, consequently, the lasting impression the Guest has of us. We expect every team member to have a neat, clean and well-groomed appearance at all times. Proper attention to body, teeth, hair and nails is also required. Additionally, the following applies to all team members:

- Bathe/shower and use deodorant daily
- Brush teeth and maintain fresh breath at all times
- Wash hands frequently
- Health Department Regulations require team members to wash hands after using the restroom
- CraftWorks requires team members to wash hands prior to exiting the restroom, regardless of the reason you're in there (e.g., refilling paper towels, cleaning a mirror, checking your hair, etc.)
- CraftWorks requires team members to wash hands after eating, smoking, blowing your nose, touching your hair pre-bussing/bussing a table, etc.
- Avoid touching hair or face while handling or serving food
- Wear appropriate undergarments under all attire (undergarments may not be visible)
- Wearing perfume or cologne is not permitted

## Hair

Hair must be clean, neat and well-kept while on duty. Hair should be of a natural shade and styled in a professional manner. Hair longer than shoulder-length must be tied back or restrained in such a way that it does not fall forward when serving or preparing food/beverages. Team members must not arrange their hair in the presence of Guests.

## Head Bands

- Are used for keeping hair off the face and shoulders
- Are a single solid dark colors
- Must be worn in a way that has the band extending from crown of the head to behind the ears

## Facial Hair

Beards/mustaches/goatees/sideburns must be:

- Fully grown prior to hire date or grown during vacation/time off
- Trimmed and neat (or team members must be clean-shaven daily)
- Shorter than 1 inch (as dictated by Health Department standards)

## Nails

Nails must be clean, well-manicured and less than ½ inch measured from fingertip. Single color nail polish is permitted (women only - men may wear a clear protectant). Polish cannot be chipped. Nail charms are not permitted. The same standards apply for acrylic nails (permitted in the FOH only). No neon colors. Color subject to management approval.

## Gloves

Gloves, which will be provided by the Company, may be required.

### Make-Up
Make-up must always reflect a professional appearance and should be used sparingly. Our team members should promote a clean, fresh, natural look.

### Jewelry
Jewelry must be conservative in nature and non-offensive. Any jewelry deemed a possible safety hazard must be removed.

**FOH Team Members (including managers):**

- Two post-type or small hoop earrings (no larger than a quarter in diameter) per ear are permitted.
- Dangle/gauge/barbell earrings and earlobe expansion devices are not permitted.
- Two rings per hand are permitted
- One gold/silver necklace with charm (no larger than a dime in diameter) is permitted. Beaded, leather and other types of necklaces are not permitted.
- One bracelet per wrist is permitted
- One watch is permitted

**BOH Team Members:**
No jewelry on BOH team members with the exception of a single band ring (per food safety standards). The following are not permitted:

- Earrings
- Necklaces
- Bracelets
- Watches

### Body Piercings
No visible body piercings (including dermal) are permitted. Nose, eyebrow, lip and body jewelry must be removed prior to service. It is unacceptable to cover them with a bandage. The TWO exceptions are:

- One tongue ring of clear/flesh color
- One small nose stud. Hoops are not allowed.

### Tattoos
Small visible tattoos (less than 3 inches in diameter) are permitted. They cannot be racial, sexual or offensive in nature. If tattoos are larger than 3 inches, they must be covered appropriately (either with a long sleeve shirt or pants).

### Gum Chewing
Gum chewing is not permitted during working hours.

### Cell Phones
Personal cell phones, smart phones, MP3 and video players, cameras and other similar electronic devices may not be used or carried while working. Please inform family and friends if they call your cell phone, text or email you while working, you will be unable to respond until your next break period. Cell phone calls/texts/emails during break periods are only permitted in designated break areas.

In the event of an emergency, family and friends should reach you by calling the restaurant line.

### Accommodations
When possible, reasonable accommodation may be made to a person with a disability or to accommodate a team member's religious beliefs.

CraftWorks Restaurants & Breweries requires all FOH Managers to promote a professional, neat, clean and well-groomed appearance at all times. Professional management will ensure that the General Appearance Standards & Business Casual Dress Policies.

## Dress Shirts & Sweaters (Males)

ChopHouse and Blue Water Only: Long sleeve button down dress shirt with tie is required. Dress shirts must be clean, pressed, and tucked in at all times. Solid undershirts may be worn.

All Other CraftWorks Brands: Long sleeve/short sleeve button up or button down dress shirt or sweater of any solid color or pattern may be worn. Dress shirts must be clean, pressed, and tucked in at all times. Solid undershirts may be worn.

- No t-shirts permitted
- No polos permitted
- No athletic materials permitted

## Dress Shirts & Sweaters (Females)

Shirts and sweaters of any solid color or pattern may be worn. Dress shirts must be clean, pressed, and tucked in if the shirt is designed to be tucked in pants. All styles fitting the following criteria may be worn:

- Minimum of 2 inch sleeve
- Covers top of pant/skirt
- No visible midriff or back permitted
- No sheer material permitted
- No plunging necklines permitted
- No visible undergarments permitted

## Skirts/Dresses/Suits

Dress skirts and dresses of any solid color or pattern may be worn. Skirts must have a traditional fit to the waist, be no higher than 6 inches above the knee, and should not extend below the knee for safety purposes. Skirts must be clean, pressed, and worn with a solid belt, if the skirt has belt loops. Dresses/suits should be professional and conservative in style.

- No jean, athletic, or corduroy material permitted

## Dress Pants

Dress pants of any color or pattern may be worn. Pants must have a traditional fit to the waste, touch the top of the shoe, be clean, pressed, and worn with a solid belt at all times.

- No jeans, athletic, or corduroy materials are permitted.

## Belts

Belts of any solid color must be worn, if the dress pants or skirt have belt loops.

## Socks/Stockings/Hose

Socks, stockings or hose must be worn at all times.

- No fishnet/fencenet

## Dress Shoes

Shoes of any solid color may be worn. Shoes must be slip-resistant, polish-able, and in good repair.

- No open toe shoes
- No heels higher than 3 inches

Digitally Signed By: Vasiliki Mitchell
Date: Oct-20-2016 10:15:03 AM EDT

10/20/2016

_____          _____

Employee Signature                       Date

EXHIBIT D



# FOOD HANDLER ILLNESS REPORTING AGREEMENT

CraftWorks Restaurants and Breweries Group, Inc. (CraftWorks) is committed to ensuring the health, safety and well-being of our Team Members and Guests while complying with all FDA Food Code regulations.

A Food Handler is defined as any Team Member that works in the restaurant where food is being served and handled. The objective of this agreement is to ensure that all Food Handlers report to their General Manager (GM) or Manager on Duty (MOD) any of the conditions listed so that appropriate steps are taken to prevent transmission of foodborne illness or communicable diseases.

All reported health information will be maintained in accordance with legal requirements and as confidentially as possible. Such information may be disclosed to persons in the restaurant with a need-to-know or when required by law for reasons related to public health and safety in our restaurants.

A. I agree to report to the GM or MOD if I ever experience any of the following:

1. **Symptoms***

    1. Diarrhea
    2. Vomiting
    3. Jaundice
    4. Sore throat with fever
    5. Infected wound or boil containing pus
        *Food Handlers with these symptoms may be restricted for certain duties, including food handling.*


2. **Medical Diagnosis:**(also referred to as the **BIG SIX**)

    1. *Salmonella* Typhi
    2. *Shigella* spp.
    3. *Nontyphoidal Salmonella* (NTS)
    4. Shiga toxin-producing *Escherichia coli* (STEC), also known as *E. coli*
    5. Hepatitis A virus
    6. Norovirus
        *Food Handlers diagnosed with one of the BIG SIX will be **excluded** from the restaurant until approval has been received from the Local Health Department.*


3. **High Risk Conditions**

    1. Exposure to or suspicion of causing any confirmed outbreak involving the **BIG SIX**.
    2. A member of their household is diagnosed with any of the **BIG SIX**.
    3. A member of their household is attending or working in a setting that is experiencing a confirmed outbreak of the **BIG SIX**.

B. I have read or had explained to me and understand my responsibility to comply with the following. I have provided my initials beside each statement representing my agreement.

_____    I understand how Team Member health is related to foodborne illness.

_____ I understand the immediate need to report all symptoms, diagnoses or high risk conditions as defined in this agreement.

_____ I will comply with exclusions and/or restrictions as assigned by my GM or MOD.

_____ I understand that Medical Diagnoses of the Big 6 listed pathogens will be disclosed only to pertinent Company representatives as required.

C. I understand that failure to comply with the terms of this agreement could lead to action by CraftWorks and/or the food regulatory authority.

_____
Food Handler Name

**Digitally Signed By: Vasiliki Mitchell**
**Date: Oct-20-2016 10:27:39 AM EDT**                              **10/20/2016**
_____        _____
Food Handler Signature                          Date

# EXHIBIT E

 **through the CraftWorks Foundation**

Harnessing the collective power of giving **can make a real difference in the lives of others**, and connects us together. Here's what you should know about the HOPE. Fund and what your tax deductible contribution will do:

 HOPE stands for "Helping Our People Every Day." Our goal is to create programs that will make a difference in all employees' lives. This includes providing HOPE Grants to team members across the company struggling to put food on the table and keep a roof over their head due to an unanticipated crisis.

 Since 2002, over 900 team members have been assisted when faced with an unexpected emergency, and more than $1 million has been granted.

 In 2015, a total of 69 team members received financial assistance through HOPE Grants.

 Even the minimum deduction, Loose Change, makes a difference. Last year we raised over $33,000 through loose change alone!

 Through the HOPE Fund, HOPE grantees also receive access to free financial consultations with Mpowered, a nonprofit partner committed to helping our team members meet their financial goals.



Foundation donations are taken out post tax, so if you receive a zeroed out paycheck, the foundation deduction will not be made for that period. If you want to guarantee a donation is made, one-time donations by check can be sent to the foundation or by going online at **www.craftworksfoundation.org** to make a contribution to the HOPE. fund.

**Voluntary Payroll Deduction**

I want to start contributing to the H.O.P.E Program today to directly benefit my fellow teammates in need. My selected contributions will be deducted from biweekly paychecks beginning the next pay period.

❑ Loose change (can also be combined with donation below)

- ❑ $1 per paycheck
- ❑ $5 per paycheck

- ☐ $10 per paycheck
- ☐ $20 per paycheck
- **Other amount:** per paycheck $ _____
- **A one-time donation:** check attached made payable to CraftWorks Foundation $ _____

Teammate Name: _____          Teammate Phone: _____

Teammate Full Address:                    Restaurant Location:

_____                          _____

**Digitally Signed By: Vasiliki Mitchell**
**Date: Oct-20-2016 10:32:00 AM EDT**     **10/20/2016**
_____                          _____

Signature                                Date

**Questions? Call 303.664.4086**

EXHIBIT F

# Emergency Contact Information

This information will be extremely important in the event of an accident or medical emergency. A second point of contact is not required, however it is best to provide this information if possible.

## Primary Emergency Contact

Full Name:

Primary Phone Number

Relationship

## Secondary Emergency Contact *(Optional)*

Full Name:

Primary Phone Number

Relationship

**Digitally Signed By: Vasiliki Mitchell**
**Date: Oct-20-2016 12:05:31 PM EDT**

10/20/2016

Employee Signature

Date